IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br>REMEC INCORPORATED SECURITIES LITIGATION | No. C 08-80124 MISC MMC<br>**ORDER REFERRING TO MAGISTRATE JUDGE MOTION TO QUASH AND/OR MODIFY SUBPOENAS AND/OR FOR PROTECTIVE ORDER** |

Pursuant to Civil Local Rule 72-1, the "Motion by Third-Party Witness Lisa Robinson to: (1) Quash and/or Modify Deposition Subpoenas (Documents Only) Served on Third Parties Regarding Witness Lisa Robinson; and/ or (2) for Protective Order," filed June 13, 2008, is hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

Counsel will be advised of the date, time and place of the next appearance, if any, by notice from the assigned Magistrate Judge's chambers.

**IT IS SO ORDERED.**

Dated: June 18, 2008

MAXINE M. CHESNEY
United States District Judge