1 | LAW OFFICES OF RICHARD A. LOVE
RICHARD A. LOVE (#61944)
2 | 11601 Wilshire Boulevard, Suite 2000
Los Angeles, California 90025
3 | Telephone:    (310) 477-2070
Facsimile:    (310) 477-3922
4 | Email:        rlove@love-law.net

5

6 | Attorneys for Third Party Witness
LISA ROBINSON

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10

11 | IN RE:                                      )    CASE NO.  CV 08 80 124 MISC. MMC
                                                )
12 | REMEC INCORPORATED                          )    [04 CV 1948 JLS (AJB)
SECURITIES LITIGATION                           )      Southern District of California]
13 |                                             )
    _____     )
14 |                                             )
This Document Relates to:                        )
15 |                                             )    NOTICE OF STANDING ORDERS
            ALL ACTIONS                          )
16 |                                             )
                                                )
17 | _____    )

18

19 | TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

20 | PLEASE TAKE NOTICE that the above-referenced matter has been assigned to

21 | the Honorable Maxine M. Chesney, United States District Judge, Northern District of

22 | California, whose Standing Orders are attached hereto as Exhibit "1".

23

24 | Dated:  June 16, 2008              LAW OFFICES OF RICHARD A. LOVE

25

26 |                                    By:  /s/ Richard A. Love
                                            Richard A. Love
27 |                                         Attorneys for Third Party Witness
                                            LISA ROBINSON
28

1

NOTICE OF STANDING ORDERS

## STANDING ORDERS FOR CIVIL CASES
## ASSIGNED TO THE HONORABLE MAXINE M. CHESNEY

1. Counsel shall consult and comply with all provisions of the Local Rules relating to continuance, motions, briefs, and all other matters, unless superseded by these Standing Orders.

2. **Electronic Case Filing - Lodging Hard Copies for Chambers**

   In all cases that have been assigned to the Electronic Case Filing Program, the parties are required to provide for use in chambers one paper copy of each document that is filed electronically. The paper copy of each such document shall be delivered no later than noon on the day after the document is filed electronically. The paper copy shall be marked **"Chambers Copy"** and shall be delivered to the Clerk's Office in an envelope clearly marked with the judge's name, case number, and "E-Filing Chambers Copy."

3. **<u>Scheduling Days:</u>**

   a. Criminal Law and Motion Calendar is conducted on Wednesdays at **2:30 p.m.**
   b. Civil Law and Motion Calendar is conducted on Fridays at **9:00 a.m.**
   c. Case Management Conferences are conducted on Fridays at **10:30 a.m.**, with order of call determined by the Court.
   d. Pretrial conferences are generally conducted on Tuesday afternoons at **3:00 p.m.**
   e. Counsel need not reserve a hearing date for motions, but noticed dates may be reset as the Court's calendar requires.

4. **Proposed Orders Required:** Each party filing <u>or opposing</u> a motion shall also serve and file a proposed order which sets forth the relief or action sought and a <u>short</u> statement of the rationale of decision, including citation of authority, that the party requests the Court to adopt.

5. **Discovery:** Discovery motions will be referred to a Magistrate Judge.

6. **Procedural Matters:** Parties seeking to continue hearings, request special status conferences, modify briefing schedules, or make other procedural changes shall submit a signed stipulation and proposed order, or, if stipulation is not possible, an administrative request in accordance with Civil Local Rule 7-11. *In either case, no changes in the Court's schedule or procedures shall be made except by signed order of the Court **and only upon a showing of good cause.***

7. **Service of Standing Orders:** Plaintiff is directed to serve copies of these standing orders at once upon all parties to this action and upon those subsequently joined, in accordance with the provisions of Rules 4 and 5, Federal Rules of Civil Procedure, and to file with the Clerk of the Court a certificate reflecting such service.

**IT IS SO ORDERED.**

Dated: April 20, 2005

Maxine M. Chesney
United States District Judge