1 | LAW OFFICES OF RICHARD A. LOVE
RICHARD A. LOVE (#61944)
2 | 11601 Wilshire Boulevard, Suite 2000
Los Angeles, California 90025
3 | Telephone:   (310) 477-2070
Facsimile:    (310) 477-3922
4 | Email:        rlove@love-law.net

Attorneys for Third Party Witness
LISA ROBINSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ) | CASE NO.  CV 08 80 124 MISC. MMC |
| ) | |
| REMEC INCORPORATED ) | [04 CV 1948 JLS (AJB) |
| SECURITIES LITIGATION ) | Southern District of California] |
| ) | |
| _____ ) | |
| ) | |
| This Document Relates to: ) | |
| ) | PROOF OF SERVICE |
| ALL ACTIONS ) | |
| ) | |
| ) | |
| _____ ) | |

1
PROOF OF SERVICE

1  I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Law Offices of Richard A. Love, 11601 Wilshire Boulevard, Suite 2000, Los Angeles, California 90025-1756. On June 16, 2008 I served the within documents:

1. **MOTION BY THIRD PARTY WITNESS LISA ROBINSON TO: (1) QUASH AND/OR MODIFY DEPOSITION SUBPOENAS (DOCUMENTS ONLY) SERVED ON THIRD PARTIES REGARDING WITNESS LISA ROBINSON; AND/OR (2) FOR PROTECTIVE ORDER;**

2. **NOTICE OF STANDING ORDERS;**

3. **CERTIFICATED OF INTERESTED ENTITIES OR PERSONS;**

4. **NOTICE OF MOTION AND MOTION BY THIRD PARTY WITNESS LISA ROBINSON TO: (1) QUASH AND/OR MODIFY DEPOSITION SUBPOENAS (DOCUMENTS ONLY) SERVED ON THIRD PARTIES REGARDING WITNESS LISA ROBINSON; AND/OR (2) FOR PROTECTIVE ORDER;**

5. **[PROPOSED] (1) ORDER QUASHING DEPOSITION SUBPOENAS (DOCUMENTS ONLY) SERVED ON THIRD PARTIES REGARDING WITNESS LISA ROBINSON; AND (2) PROTECTIVE ORDER.**

[ ]  By transmitting via email the document(s) listed above to the email addresses, as indicated below, on this date before 5:00 p.m.

[X]  By placing the document(s) listed above in a sealed envelope with postage theron fully prepaid, in the United States Mail at Los Angeles, California addressed as set forth below.

[ ]  By placing the document(s) listed above in a sealed envelope with postage thereon, fully prepaid, and deposited with Federal Express overnight mail at Los Angeles, California, addressed as set forth below.

[ ]  By personally delivering the document(s) listed above to the person(s) at the adress(es) set forth below.

[X]  By transmitting via e-filing the document(s) listed above to the Case Management/Electronic Case filing system.

SEE BELOW LIST FOR ALL PARTIES SERVED

I declare that I am imployed in the office of a member of th Bar of or permitted to practice before this Court at whose direction the service was made.

Executed on June 16, 2008 at Los Angeles, California.

/s/  Richard A. Love
Richard A. Love
Attorney for Third Party Witness
LISA ROBINSON
E-Mail: rlove@love-law.net

Mtn2Quash - San Francisco - POS.wpd

2
PROOF OF SERVICE

**SERVICE LIST**
**IN RE: REMEC INCORPORATED SECURIITES LIITIGATION**
USDC CASE NO.: CV 08 80 124 MISC MMC

| **Counsel for Plaintiffs** | **Counsel for Defendants, REMEC, INC, RONALD E. RAGLAND and WINSTON E. HICKMAN** |
|---|---|
| Jeff S. Westerman<br>Elizabeth P. Lin<br>Cheryl A. Williams<br>Michiyo Michelle Furukawa<br>Andrew J. Sokolowski<br>MILBERG LLP<br>300 S. Grand Ave., Suite 3900<br>Los Angeles, CA 90071<br>Ph:   213-617-1200<br>Fax:  213-617-1975<br>elin@milberg.com<br>cwilliams@milberg.com<br>mfurukawa@milberg.com<br>asokolowski@milberg.com | Robert W. Brownlie<br>Paul A. Reynolds<br>Gerard A. Trippitelli<br>Noah A. Katsell<br>DLA PIPER US LLP<br>401 B Street, Suite 1700<br>San Diego, CA 92101-4297<br>Ph:   619-699-2700<br>Fax:  619-699-2701<br>Robert.Brownlie@dlapiper.com<br>Paul.Reynolds@dlapiper.com<br>Jerry.Trippitelli@dlapiper.com<br>Noah.Katsell@dlapiper.com<br><br>Mtn2Quash - San Francisco - POS.wpd |
| Neil Fraser<br>Lisa DeRose<br>Matt Bucher<br>MILBERG LLP<br>One Pennsylvania Plaza<br>New York, NY 10119-0165<br>Ph:   212-594-5300<br>Fax:  212-868-1229<br>nfraser@milberg.com<br>lderose@milberg.com<br>mbucher@milberg.com | |
| Bruce G. Murphy<br>LAW OFFICE OF BRUCE G. MURPHY<br>265 Llwyd's Lane<br>Vero Beach, FL 32963<br>Ph:   561-231-4202<br>Fax:  561-231-4042<br>bgm@brucemurphy.biz | |
| Blake M. Harper<br>HULETT HARPER STEWART LLP<br>550 West C Street, Suite 1600<br>San Diego, CA 92101<br>Ph:   619-338-1133<br>bmh@hulettharper.com | |

PROOF OF SERVICE