1  LAW OFFICES OF RICHARD A. LOVE
   RICHARD A. LOVE (#61944)
2  11601 Wilshire Boulevard, Suite 2000
   Los Angeles, California 90025
3  Telephone:   (310) 477-2070
   Facsimile:    (310) 477-3922
4  Email:         rlove@love-law.net

5
   Attorneys for Third Party Witness
6  LISA ROBINSON

7

8                 UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  IN RE:                              )   CASE NO.  CV 08 80 124 MISC. MMC
                                        )
12  REMEC INCORPORATED                  )   [04 CV 1948 JLS (AJB)
    SECURITIES LITIGATION               )    Southern District of California]
13                                      )
    _____)
14                                      )
    This Document Relates to:           )
15                                      )   PROOF OF SERVICE
                ALL ACTIONS             )
16                                      )
                                        )
17  _____)

---

1

PROOF OF SERVICE

1  I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Law Offices of Richard A. Love, 11601 Wilshire Boulevard, Suite 2000, Los Angeles, California 90025-1756. On June 19, 2008 I served the within documents:

**ORDER REFERRING TO MAGISTRATE JUDGE MOTION TO QUASH AND/OR MODIFY SUBPOENAS AND/OR FOR PROTECTIVE ORDER**

[X]  By transmitting via email the document(s) listed above to the email addresses, as indicated below, on this date before 5:00 p.m.

[X]  By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Los Angeles, California addressed as set forth below.

[ ]  By placing the document(s) listed above in a sealed envelope with postage thereon, fully prepaid, and deposited with Federal Express overnight mail at Los Angeles, California, addressed as set forth below.

[ ]  By personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

[ ]  By transmitting via e-filing the document(s) listed above to the Case Management/Electronic Case filing system.

SEE BELOW LIST FOR ALL PARTIES SERVED

I declare that I am employed in the office of a member of th Bar of or permitted to practice before this Court at whose direction the service was made.

Executed on June 19, 2008 at Los Angeles, California.

/s/   Richard A. Love
Richard A. Love
Attorney for Third Party Witness
LISA ROBINSON
E-Mail: rlove@love-law.net

Mtn2Quash - San Francisco - POS2.wpd

Case 3:08-mc-80124-MMC    Document 6    Filed 06/19/2008    Page 3 of 3

**SERVICE LIST**
**IN RE: REMEC INCORPORATED SECURIITES LIITIGATION**
USDC CASE NO.: CV 08 80 124 MISC MMC

| **Counsel for Plaintiffs** | **Counsel for Defendants, REMEC, INC, RONALD E. RAGLAND and WINSTON E. HICKMAN** |
|---|---|
| Jeff S. Westerman<br>Elizabeth P. Lin<br>Cheryl A. Williams<br>Michiyo Michelle Furukawa<br>Andrew J. Sokolowski<br>MILBERG LLP<br>300 S. Grand Ave., Suite 3900<br>Los Angeles, CA 90071<br>Ph:   213-617-1200<br>Fax:  213-617-1975<br>elin@milberg.com<br>cwilliams@milberg.com<br>mfurukawa@milberg.com<br>asokolowski@milberg.com | Robert W. Brownlie<br>Paul A. Reynolds<br>Gerard A. Trippitelli<br>Noah A. Katsell<br>DLA PIPER US LLP<br>401 B Street, Suite 1700<br>San Diego, CA 92101-4297<br>Ph:   619-699-2700<br>Fax:  619-699-2701<br>Robert.Brownlie@dlapiper.com<br>Paul.Reynolds@dlapiper.com<br>Jerry.Trippitelli@dlapiper.com<br>Noah.Katsell@dlapiper.com |

Neil Fraser
Lisa DeRose
Matt Bucher
MILBERG LLP
One Pennsylvania Plaza
New York, NY 10119-0165
Ph:   212-594-5300
Fax:  212-868-1229
nfraser@milberg.com
lderose@milberg.com
mbucher@milberg.com

Bruce G. Murphy
LAW OFFICE OF BRUCE G. MURPHY
265 Llwyd's Lane
Vero Beach, FL 32963
Ph:   561-231-4202
Fax:  561-231-4042
bgm@brucemurphy.biz

Blake M. Harper
HULETT HARPER STEWART LLP
550 West C Street, Suite 1600
San Diego, CA 92101
Ph:   619-338-1133
bmh@hulettharper.com

Mtn2Quash - San Francisco - POS2.wpd