1  LAW OFFICES OF RICHARD A. LOVE
   RICHARD A. LOVE (#61944)
2  11601 Wilshire Boulevard, Suite 2000
   Los Angeles, California 90025
3  Telephone:   (310) 477-2070
   Facsimile:   (310) 477-3922
4  Email:       rlove@love-law.net

5

   Attorneys for Third Party Witness
6  LISA ROBINSON

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  IN RE:                          )   CASE NO.  CV 08 80 124 MISC. EDL
                                    )
12  REMEC INCORPORATED              )   [04 CV 1948 JLS (AJB)
    SECURITIES LITIGATION           )    Southern District of California]
13                                  )
    _____)
14                                  )
    This Document Relates to:       )   NOTICE OF REFERENCE TO
15                                  )   MAGISTRATE JUDGE
             ALL ACTIONS            )
16                                  )
                                    )
17                                  )
                                    )
18                                  )
                                    )
19                                  )
                                    )
20                                  )
                                    )
21                                  )
                                    )
22                                  )
    _____)
23

24

25

26

27

28

                                    1
    NOTICE OF REFERENCE TO MAGISTRATE JUDGE    CV 08 80 124 MISC. EDL

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that this matter has been referred to Hon. Elizabeth D.

3  Laporte, Judge Magistrate sitting in Courtroom E of the above-entitled Court, located at

4  450 Golden Gate Avenue, 15th Floor, San Francisco, California.  A copy of the Court's

5  notice is attached hereto

6

7  Dated:   June 20, 2008                    LAW OFFICES OF RICHARD A. LOVE

8

9                                            By: /s/ Richard A. Love
                                                  Richard A. Love
10                                                Attorneys for Third Party Witness
                                                  LISA ROBINSON
11                                                E-Mail: rlove@love-law.net

12
   Mtn2Quash - San Francisco - Ntc Magistrate.wpd
13

Richard A. Love

| | |
|---|---|
| **From:** | ECF-CAND@cand.uscourts.gov |
| **Sent:** | Friday, June 20, 2008 9:35 AM |
| **To:** | efiling@cand.uscourts.gov |
| **Subject:** | Activity in Case 3:08-mc-80124-MMC v. Remec Incorporated Case Referred to Magistrate Judge for Discovery |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Northern District of California

**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available .*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from entered on 6/20/2008 9:34 AM and filed on 6/20/2008
**Case Name:**     v. Remec Incorporated
**Case Number:**   3:08-mc-80124
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**CASE REFERRED to Magistrate Judge Magistrate Judge Elizabeth D. Laporte for Discovery (wh, COURT STAFF) (Filed on 6/20/2008)**


**3:08-mc-80124 Notice has been electronically mailed to:**

Richard A. Love     rlove@love-law.net, arittenhouse@love-law.net

**3:08-mc-80124 Notice has been delivered by other means to:**

6/20/2008

1  LAW OFFICES OF RICHARD A. LOVE
   RICHARD A. LOVE (#61944)
2  11601 Wilshire Boulevard, Suite 2000
   Los Angeles, California 90025
3  Telephone:    (310) 477-2070
   Facsimile:    (310) 477-3922
4  Email:        rlove@love-law.net

5
   Attorneys for Third Party Witness
6  LISA ROBINSON

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11  IN RE:                              )    CASE NO.  CV 08 80 124 MISC. EDL
                                        )
12  REMEC INCORPORATED                  )    [04 CV 1948 JLS (AJB)
    SECURITIES LITIGATION               )     Southern District of California]
13                                      )
    _____)
14                                      )
    This Document Relates to:           )
15                                      )    PROOF OF SERVICE
                 ALL ACTIONS            )
16                                      )
                                        )
17  _____)

1   I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Law Offices of Richard A. Love, 11601 Wilshire Boulevard, Suite 2000, Los Angeles, California 90025-1756. On June 20, 2008 I served the within documents:

**NOTICE OF REFERENCE TO MAGISTRATE JUDGE**

[X]   By transmitting via email the document(s) listed above to the email addresses, as indicated below, on this date before 5:00 p.m.

[X]   By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Los Angeles, California addressed as set forth below.

[ ]   By placing the document(s) listed above in a sealed envelope with postage thereon, fully prepaid, and deposited with Federal Express overnight mail at Los Angeles, California, addressed as set forth below.

[ ]   By personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

[ ]   By transmitting via e-filing the document(s) listed above to the Case Management/Electronic Case filing system.

SEE BELOW LIST FOR ALL PARTIES SERVED

I declare that I am employed in the office of a member of th Bar of or permitted to practice before this Court at whose direction the service was made.

Executed on June 20, 2008 at Los Angeles, California.

      /s/   Richard A. Love
      Richard A. Love
      Attorney for Third Party Witness
      LISA ROBINSON
      E-Mail: rlove@love-law.net

Mtn2Quash - San Francisco - POS4.wpd

**SERVICE LIST**
**IN RE: REMEC INCORPORATED SECURIITES LIITIGATION**
USDC CASE NO.: CV 08 80 124 MISC MMC

| **Counsel for Plaintiffs** | **Counsel for Defendants, REMEC, INC, RONALD E. RAGLAND and WINSTON E. HICKMAN** |
|---|---|
| Jeff S. Westerman<br>Elizabeth P. Lin<br>Cheryl A. Williams<br>Michiyo Michelle Furukawa<br>Andrew J. Sokolowski<br>MILBERG LLP<br>300 S. Grand Ave., Suite 3900<br>Los Angeles, CA 90071<br>Ph:   213-617-1200<br>Fax:  213-617-1975<br>elin@milberg.com<br>cwilliams@milberg.com<br>mfurukawa@milberg.com<br>asokolowski@milberg.com | Robert W. Brownlie<br>Paul A. Reynolds<br>Gerard A. Trippitelli<br>Noah A. Katsell<br>DLA PIPER US LLP<br>401 B Street, Suite 1700<br>San Diego, CA 92101-4297<br>Ph:   619-699-2700<br>Fax:  619-699-2701<br>Robert.Brownlie@dlapiper.com<br>Paul.Reynolds@dlapiper.com<br>Jerry.Trippitelli@dlapiper.com<br>Noah.Katsell@dlapiper.com<br>Mtn2Quash - San Francisco - POS4.wpd |
| Neil Fraser<br>Lisa DeRose<br>Matt Bucher<br>MILBERG LLP<br>One Pennsylvania Plaza<br>New York, NY 10119-0165<br>Ph:   212-594-5300<br>Fax:  212-868-1229<br>nfraser@milberg.com<br>lderose@milberg.com<br>mbucher@milberg.com | |
| Bruce G. Murphy<br>LAW OFFICE OF BRUCE G. MURPHY<br>265 Llwyd's Lane<br>Vero Beach, FL 32963<br>Ph:   561-231-4202<br>Fax:  561-231-4042<br>bgm@brucemurphy.biz | |
| Blake M. Harper<br>HULETT HARPER STEWART LLP<br>550 West C Street, Suite 1600<br>San Diego, CA 92101<br>Ph:   619-338-1133<br>bmh@hulettharper.com | |