1  LAW OFFICES OF RICHARD A. LOVE
   RICHARD A. LOVE (#61944)
2  11601 Wilshire Boulevard, Suite 2000
   Los Angeles, California 90025
3  Telephone:    (310) 477-2070
   Facsimile:    (310) 477-3922
4  Email:        rlove@love-law.net

5

6  Attorneys for Third Party Witness
   LISA ROBINSON

7

8              UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA

10

11 IN RE:                          )  CASE NO.  CV 08 80 124 MISC. EDL
                                   )
12 REMEC INCORPORATED              )      [04 CV 1948 JLS (AJB)
   SECURITIES LITIGATION           )       Southern District of California]
13                                 )
   _____)  NOTICE OF MOTION  BY THIRD
14                                 )  PARTY WITNESS LISA ROBINSON
   This Document Relates to:       )  TO:
15                                 )
              ALL ACTIONS          )  (1)   QUASH AND/OR MODIFY
16                                 )        DEPOSITION SUBPOENAS
                                   )        (DOCUMENTS ONLY) SERVED
17                                 )        ON THIRD PARTIES
                                   )        REGARDING WITNESS LISA
18                                 )        ROBINSON;
                                   )
19                                 )        AND/OR
                                   )
20                                 )  (2)   FOR PROTECTIVE ORDER.
                                   )
21                                 )  Date:     July 29, 2008
                                   )  Time:     9:00 a.m.
22                                 )  Judge:    Hon. Elizabeth D. Laporte
   _____ )  Crtrm:    E
23

24

25

26

27

28

                              1
─────────────────────────────────────────────────────────
    NOTICE OF MOTION BY THIRD PARTY WITNESS LISA ROBINSON TO:
(1) QUASH AND/OR MODIFY DEPOSITION SUBPOENAS (DOCUMENTS ONLY) SERVED ON THIRD
PARTIES REGARDING WITNESS LISA ROBINSON; AND/OR (2) FOR PROTECTIVE ORDER
                   CV 08 80 124 MISC  EDL

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2    PLEASE TAKE NOTICE that on July 29, 2008 at 9:00 a.m. or as soon thereafter

3    as counsel may be heard before the Hon. Elizabeth D. Laporte, Judge Magistrate sitting in

4    Courtroom E of the above-entitled Court, located at 450 Golden Gate Avenue, 15th Floor,

5    San Francisco, California, independent third-party witness Lisa Robinson will and hereby

6    does move the Court for:

7    (1)    An order pursuant to Federal Rules of Civil Procedure, Rule 45(c)(3)

8    quashing and/or modifying the Deposition Subpoenas (Records Only) issued out of this

9    District Court by counsel for defendants Remec, Inc., Ronald E. Ragland, and Winston E.

10    Hickman (collectively the "Remec defendants") which requested records concerning third

11    party witness Lisa Robinson as follows: (i) on May 29, 2008 subpoenas were issued to

12    Tosco and  Peregrine Systems/Hewlett-Packard, each with a production date of June 12,

13    2008; (ii) on June 3, 2008 a subpoena was issued to Sorrento Networks c/o Zhone

14    Technologies, Inc  with a June 19, 2008 production date. (collectively the "Northern

15    District Subpoenas");

16    (2)    A protective order pursuant to Federal Rules of Civil Procedure, Rule

17    26(c)(1)ordering the Remec defendants and their counsel, and each of them, to turn over

18    or return to witness Robinson, any documents previously obtained prior to or after the

19    production date(s) pursuant to the Northern District Subpoenas.

20

21    This motion will be made pursuant to Federal Rules of Civil Procedure, Rules

22    45(c)(3)(A)(iii) and 26(c)(1), on the ground(s) that with respect to the Northern District

23    Subpoenas issued for documents concerning witness Robinson:

24    (a)    The documents sought  are irrelevant to the issues in this action, with

25    no good cause existing for their compelled production;

26    (b)    The scope and type of documents sought demonstrates an intent to

27    harass, intimidate or annoy the witness Robinson, with no reasonable, legitimate

28    discovery purpose;

2

NOTICE OF MOTION BY THIRD PARTY WITNESS LISA ROBINSON TO:
(1) QUASH AND/OR MODIFY DEPOSITION SUBPOENAS (DOCUMENTS ONLY) SERVED ON THIRD
PARTIES REGARDING WITNESS LISA ROBINSON; AND/OR (2) FOR PROTECTIVE ORDER
CV 08 80 124 MISC  EDL

1            (c)     The right of privacy of witness Robinson compels that the subpoenas

2 be quashed, and any documents received by the Remec defendants pursuant to the

3 subpoenas prior to the production date or hearing of this motion be turned over or

4 returned to the witness.

5

6        This motion will be based upon this notice, the "Motion by Third Party Witness

7 Lisa Robinson To: (1) Quash And/or Modify Deposition Subpoenas (Documents Only)

8 Served on Third Parties Regarding Witness Lisa Robinson; and/or (2) for Protective

9 Order" (and the documents attached thereto) which has previously been filed herein and

10 served,  the pleadings and documents on file with this Court, and such other and further

11 evidence as may be presented upon the hearing of this motion.

12

13 Dated:   June 20, 2008          LAW OFFICES OF RICHARD A. LOVE

14

15                     By: /s/ Richard A. Love

16                        Richard A. Love
                          Attorneys for Third Party Witness

17 Mtn2Quash - San Francisco - Ntc #2.wpd          LISA ROBINSON

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF MOTION BY THIRD PARTY WITNESS LISA ROBINSON TO:
(1) QUASH AND/OR MODIFY DEPOSITION SUBPOENAS (DOCUMENTS ONLY) SERVED ON THIRD
PARTIES REGARDING WITNESS LISA ROBINSON; AND/OR (2) FOR PROTECTIVE ORDER
CV 08 80 124 MISC  EDL

1  LAW OFFICES OF RICHARD A. LOVE
   RICHARD A. LOVE (#61944)
2  11601 Wilshire Boulevard, Suite 2000
   Los Angeles, California 90025
3  Telephone:    (310) 477-2070
   Facsimile:    (310) 477-3922
4  Email:        rlove@love-law.net

5

   Attorneys for Third Party Witness
6  LISA ROBINSON

7

8                 UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11  IN RE:                          )    CASE NO.  CV 08 80 124 MISC. EDL
                                    )
12  REMEC INCORPORATED              )       [04 CV 1948 JLS (AJB)
    SECURITIES LITIGATION           )        Southern District of California]
13                                  )
    _____)
14                                  )
    This Document Relates to:       )
15                                  )    PROOF OF SERVICE
              ALL ACTIONS           )
16                                  )
                                    )
17  _____ )

18

19

20

21

22

23

24

25

26

27

28

                                 1

1    I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Law Offices of Richard A. Love,
2    11601 Wilshire Boulevard, Suite 2000, Los Angeles, California 90025-1756. On June 20, 2008 I served the within documents:
3

4    **NOTICE OF MOTION  BY THIRD PARTY WITNESS LISA ROBINSON TO: (1) QUASH AND/OR MODIFY DEPOSITION**
5    **SUBPOENAS (DOCUMENTS ONLY) SERVED ON THIRD PARTIES REGARDING WITNESS LISA ROBINSON; AND/OR**
6    **(2) FOR PROTECTIVE ORDER**

7

8    [X]    By transmitting via email the document(s) listed above to the email addresses, as indicated below, on this date before 5:00 p.m.
9

10   [X]    By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Los Angeles, California addressed as set forth below.
11

12   [  ]    By placing the document(s) listed above in a sealed envelope with postage thereon, fully prepaid, and deposited with Federal Express overnight mail at Los Angeles, California, addressed as set forth below.
13

14   [  ]    By personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

15   [  ]    By transmitting via e-filing the document(s) listed above to the Case Management/Electronic Case filing system.
16

17   SEE BELOW LIST FOR ALL PARTIES SERVED

18   I declare that I am employed in the office of a member of th Bar of or permitted to practice before this Court at whose direction the service was made.

19   Executed on June 20, 2008 at Los Angeles, California.

20

21                        /s/  Richard A. Love
                          Richard A. Love
22                        Attorney for Third Party Witness
                          LISA ROBINSON
23   Mtn2Quash - San Francisco - POS3.wpd    E-Mail: rlove@love-law.net

24

25

26

27

28

2

1

## SERVICE LIST
## IN RE: REMEC INCORPORATED SECURIITES LIITIGATION

2

USDC CASE NO.: CV 08 80 124 MISC MMC

3

**Counsel for Plaintiffs**

**Counsel for Defendants, REMEC, INC, RONALD E. RAGLAND and WINSTON E. HICKMAN**

4

Jeff S. Westerman
Elizabeth P. Lin

5

Cheryl A. Williams
Michiyo Michelle Furukawa

Robert W. Brownlie

6

Andrew J. Sokolowski
MILBERG LLP

Paul A. Reynolds
Gerard A. Trippitelli

7

300 S. Grand Ave., Suite 3900
Los Angeles, CA 90071

Noah A. Katsell
DLA PIPER US LLP

8

Ph:     213-617-1200
Fax:    213-617-1975

401 B Street, Suite 1700
San Diego, CA 92101-4297

9

elin@milberg.com
cwilliams@milberg.com

Ph:     619-699-2700
Fax:    619-699-2701

10

mfurukawa@milberg.com
asokolowski@milberg.com

Robert.Brownlie@dlapiper.com
Paul.Reynolds@dlapiper.com

11

Jerry.Trippitelli@dlapiper.com
Noah.Katsell@dlapiper.com

12

Neil Fraser
Lisa DeRose

Mtn2Quash - San Francisco - POS3.wpd

13

Matt Bucher
MILBERG LLP

14

One Pennsylvania Plaza
New York, NY 10119-0165

15

Ph:     212-594-5300
Fax:    212-868-1229

16

nfraser@milberg.com
lderose@milberg.com

17

mbucher@milberg.com

18

19

Bruce G. Murphy
LAW OFFICE OF BRUCE G. MURPHY

20

265 Llwyd's Lane
Vero Beach, FL 32963

21

Ph:     561-231-4202
Fax:    561-231-4042

22

bgm@brucemurphy.biz

23

24

Blake M. Harper
HULETT HARPER STEWART LLP

25

550 West C Street, Suite 1600
San Diego, CA 92101
Ph:     619-338-1133

26

bmh@hulettharper.com

27

28

3