IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE REMAC INCORPORATED SECURITIES LITigation, _____ / | No. C-08-80124 MMC (EDL) **ORDER SETTING BRIEFING SCHEDULE AND HEARING** |

On June 13, 2008, witness Lisa Robinson filed a "Motion to Quash and/or Modify Deposition Subpoenas (Documents Only) Served on Third Parties Regarding Witness Lisa Robinson and/or For Protective Order." On June 20, 2008, this matter was referred to this Court for resolution. Accordingly, any opposition to this motion shall be filed no later than July 10, 2008, and any reply shall be filed no later than July 17, 2008. A hearing is scheduled on August 5, 2008 at 9:00 a.m. in Courtroom E, 15th floor, 450 Golden Gate Avenue, San Francisco, CA.

**IT IS SO ORDERED.**

Dated: June 25, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge