```
LAW OFFICES OF RICHARD A. LOVE
RICHARD A. LOVE (#61944)
11601 Wilshire Boulevard, Suite 2000
Los Angeles, California 90025
Telephone:   (310) 477-2070
Facsimile:    (310) 477-3922
Email:        rlove@love-law.net


Attorneys for Third Party Witness
LISA ROBINSON
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>REMEC INCORPORATED<br>SECURITIES LITIGATION<br><br>_____ | CASE NO. CV 08 80 124 MISC. (EDL)<br><br>[04 CV 1948 JLS (AJB)<br>Southern District of California]<br><br>NOTICE OF ORDER SETTING<br>BRIEFING SCHEDULE AND<br>HEARING. |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 25, 2008 the attached "Order Setting Briefing Schedule and Hearing" was issued by the Court, setting the hearing on the "Motion by Third Party Witness Lisa Robinson To: (1) Quash And/or Modify Deposition Subpoenas (Documents Only) Served on Third Parties Regarding Witness Lisa Robinson; and/or (2) for Protective Order" to be on August 5, 2008 at 9:00 a.m. before the Hon. Elizabeth D. Laporte, Magistrate Judge, in Courtroom E, 15th Floor of the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, California, with the briefing schedule to be as set forth in the Order.

Dated:  June 25, 2008                    LAW OFFICES OF RICHARD A. LOVE


                                         By: /s/ Richard A. Love
                                             Richard A. Love
                                             Attorneys for Third Party Witness
                                             LISA ROBINSON

---

1

NOTICE OF ORDER SETTING BRIEFING SCHEDULE AND HEARING

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE REMAC INCORPORATED
SECURITIES LITIGATION,

No. C-08-80124 MMC (EDL)

**ORDER SETTING BRIEFING SCHEDULE AND HEARING**

_____/

On June 13, 2008, witness Lisa Robinson filed a "Motion to Quash and/or Modify Deposition Subpoenas (Documents Only) Served on Third Parties Regarding Witness Lisa Robinson and/or For Protective Order." On June 20, 2008, this matter was referred to this Court for resolution. Accordingly, any opposition to this motion shall be filed no later than July 10, 2008, and any reply shall be filed no later than July 17, 2008. A hearing is scheduled on August 5, 2008 at 9:00 a.m. in Courtroom E, 15th floor, 450 Golden Gate Avenue, San Francisco, CA.

**IT IS SO ORDERED.**

Dated: June 25, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge

| | |
|---|---|
| 1 | LAW OFFICES OF RICHARD A. LOVE |
|   | RICHARD A. LOVE (#61944) |
| 2 | 11601 Wilshire Boulevard, Suite 2000 |
|   | Los Angeles, California 90025 |
| 3 | Telephone:   (310) 477-2070 |
|   | Facsimile:   (310) 477-3922 |
| 4 | Email:       rlove@love-law.net |
| 5 | |
|   | Attorneys for Third Party Witness |
| 6 | LISA ROBINSON |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. CV 08 80 124 MISC. EDL |
|   | ) | |
| REMEC INCORPORATED | ) | [04 CV 1948 JLS (AJB) |
| SECURITIES LITIGATION | ) | Southern District of California] |
|   | ) | |
| _____ ) | | |
|   | ) | |
| This Document Relates to: | ) | |
|   | ) | PROOF OF SERVICE |
| ALL ACTIONS | ) | |
|   | ) | |
|   | ) | |
| _____ ) | | |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Law Offices of Richard A. Love, 11601 Wilshire Boulevard, Suite 2000, Los Angeles, California 90025-1756. On June 25, 2008 I served the within documents:

**NOTICE OF ORDER SETTING BRIEFING SCHEDULE AND HEARING.**

[X] By transmitting via email the document(s) listed above to the email addresses, as indicated below, on this date before 5:00 p.m.

[X] By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Los Angeles, California addressed as set forth below.

[ ] By placing the document(s) listed above in a sealed envelope with postage thereon, fully prepaid, and deposited with Federal Express overnight mail at Los Angeles, California, addressed as set forth below.

[ ] By personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

[ ] By transmitting via e-filing the document(s) listed above to the Case Management/Electronic Case filing system.

SEE BELOW LIST FOR ALL PARTIES SERVED

I declare that I am employed in the office of a member of th Bar of or permitted to practice before this Court at whose direction the service was made.

Executed on June 25, 2008 at Los Angeles, California.

    /s/   Richard A. Love
    Richard A. Love
    Attorney for Third Party Witness
    LISA ROBINSON
    E-Mail: rlove@love-law.net

Mtn2Quash - San Francisco - POS5.wpd

**SERVICE LIST**
**IN RE: REMEC INCORPORATED SECURIITES LIITIGATION**
USDC CASE NO.: CV 08 80 124 MISC MMC

| Counsel for Plaintiffs | Counsel for Defendants, REMEC, INC, RONALD E. RAGLAND and WINSTON E. HICKMAN |
|---|---|
| Jeff S. Westerman<br>Elizabeth P. Lin<br>Cheryl A. Williams<br>Michiyo Michelle Furukawa<br>Andrew J. Sokolowski<br>MILBERG LLP<br>300 S. Grand Ave., Suite 3900<br>Los Angeles, CA 90071<br>Ph:   213-617-1200<br>Fax:  213-617-1975<br>elin@milberg.com<br>cwilliams@milberg.com<br>mfurukawa@milberg.com<br>asokolowski@milberg.com | Robert W. Brownlie<br>Paul A. Reynolds<br>Gerard A. Trippitelli<br>Noah A. Katsell<br>DLA PIPER US LLP<br>401 B Street, Suite 1700<br>San Diego, CA 92101-4297<br>Ph:   619-699-2700<br>Fax:  619-699-2701<br>Robert.Brownlie@dlapiper.com<br>Paul.Reynolds@dlapiper.com<br>Jerry.Trippitelli@dlapiper.com<br>Noah.Katsell@dlapiper.com |
| Neil Fraser<br>Lisa DeRose<br>Matt Bucher<br>MILBERG LLP<br>One Pennsylvania Plaza<br>New York, NY 10119-0165<br>Ph:   212-594-5300<br>Fax:  212-868-1229<br>nfraser@milberg.com<br>lderose@milberg.com<br>mbucher@milberg.com | Mtn2Quash - San Francisco - POS5.wpd |

Bruce G. Murphy
LAW OFFICE OF BRUCE G. MURPHY
265 Llwyd's Lane
Vero Beach, FL 32963
Ph:   561-231-4202
Fax:  561-231-4042
bgm@brucemurphy.biz

Blake M. Harper
HULETT HARPER STEWART LLP
550 West C Street, Suite 1600
San Diego, CA 92101
Ph:   619-338-1133
bmh@hulettharper.com