1  ROBERT W. BROWNLIE (Bar No. 138793)
   robert.brownlie@dlapiper.com
2  GERARD A. TRIPPITELLI (Bar. No. 235788)
   jerry.trippitelli@dlapiper.com
3  NOAH A. KATSELL (Bar No. 217090)
   noah.katsell@dlapiper.com
4  DLA PIPER US LLP
   401 B Street, Suite 1700
5  San Diego, CA  92101-4297
   Tel:  619.699.2700
6  Fax:  619.699.2701

7  Attorneys for Defendants
   REMEC, INC., RONALD E. RAGLAND,
8  WINSTON E. HICKMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE:<br><br>REMEC INCORPORATED SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | CASE NO.  CV 08 80 124 MISC. (EDL)<br><br>[04 CV 1948 JLS (AJB)<br>Southern District of California]<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
|---|---|

   Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated:  July 10, 2008            DLA PIPER US LLP

                                 By  s/Noah A. Katsell
                                    NOAH A. KATSELL
                                    Attorneys for Defendants
                                    REMEC, INC., RONALD E. RAGLAND,
                                    WINSTON E. HICKMAN
                                    E-mail: noah.katsell@dlapiper.com

DLA PIPER US LLP
SAN DIEGO

WEST\21465429.1        CERTIF. OF INTERESTED ENTITIES OR PERSONS - CV 08 80 124 MISC. (EDL)