UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE REMAC INCORPORATED SECURITIES LITIGATION, _____/ | No. C08-80124 MMC (EDL)<br><br>CLERK'S NOTICE |

TO ALL PARTIES AND COUNSEL OF RECORD:

     YOU ARE NOTIFIED THAT the hearing on the Motion to Quash and/or Modify Deposition Subpoenas (Documents Only) Served on Third Parties Regarding Witness Lisa Robinson and/or For Protective Order before Magistrate Judge Laporte previously noticed for August 5, 2008, at 9:00 a.m., has been reset to **THE SAME DAY, at 9:30 a.m. ,** Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

Dated: July 31, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: *Karen L. Hom*
    Karen L. Hom for Lili Harrell
    Courtroom Deputy