| | |
|---|---|
| 1 | LAW OFFICES OF RICHARD A. LOVE |
| | RICHARD A. LOVE (#61944) |
| 2 | 11601 Wilshire Boulevard, Suite 2000 |
| | Los Angeles, California 90025 |
| 3 | Telephone:   (310) 477-2070 |
| | Facsimile:    (310) 477-3922 |
| 4 | Email:         rlove@love-law.net |

Attorneys for Third Party Witness
LISA ROBINSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: | CASE NO.  CV 08 80 124 MISC. (EDL) |
| REMEC INCORPORATED SECURITIES LITIGATION | [04 CV 1948 JLS (AJB) Southern District of California] |
| _____ | |
| This Document Relates to: | [PROPOSED] |
| ALL ACTIONS | STIPULATION BY THE PARTIES IN CONJUNCTION WITH THIRD PARTY WITNESS LISA ROBINSON'S MOTION TO QUASH AND/OR FOR PROTECTIVE ORDER . |
| | Date:      August 5, 2008 |
| | Time:     9:00 a.m. |
| | Judge:    Hon. Elizabeth D. Laporte |
| _____ | Crtrm:    E |

    Independent third-party witness and moving party Lisa Robinson ("witness Robinson"), and defendants and responding parties Remec, Inc., Ronald E. Ragland, and Winston E. Hickman (collectively the "Remec defendants"), by and through their respective counsel, hereby stipulate and represent to the Court as follows:

1.    On July 25, 2008 United States Magistrate Judge, the Hon. Anthony J. Battaglia issued an order, filed on July 28, 2008, which granted witness Robinson's motion to quash subpoenas, and for the issuance of a protective order, in the *In re Remec Incorporated Securities Litigation*, United States District Court, Southern District of California, Case No 04 CV 1948 JLS (AJB) (the "Remec litigation") with respect to the "Southern District Subpoenas" referenced in the pending motion by witness Robinson.

2.    Based upon the ruling on witness Robinson's motion to quash in the Remec litigation, and to avoid the necessity and cost of further proceedings, the parties agree and stipulate to the following resolution of the pending motion to quash subpoenas by witness Robinson.

3.    The Remec Defendants hereby withdraw the subpoenas issued out of this Court for records pertaining to witness Robinson, and specifically withdraw: (i) the May 29, 2008 subpoenas issued to Tosco and Peregrine Systems/Hewlett-Packard, each with an initial production date of June 12, 2008; (ii) the June 3, 2008 subpoena issued to Sorrento Networks c/o Zhone Technologies, Inc with a June 19, 2008 initial production date (collectively the "Northern District Subpoenas");

4.    The Remec defendants shall deliver to counsel for witness Robinson forthwith any and all documents received previously, or received after this stipulation, pursuant to the Northern District Subpoenas, together with a declaration under penalty of perjury by responsible counsel for the Remec Defendants, to be filed with this Court, that:

    a.    Each entity subpoenaed under the Northern District Subpoenas has been notified that the subpoena served upon it has been withdrawn;

    b.    All records received under the Northern District Subpoenas by counsel for Remec Defendants have been identified in the declaration, and turned over to witness Robinson's counsel;

    c.    No copies of records received under the Northern District Subpoenas have been retained, reviewed, or utilized in any manner by the Remec Defendants or their counsel.

have been retained, reviewed, or utilized in any manner by the REMEC Defendants or their counsel.

5. Based upon the foregoing, witness Robinson hereby withdraws the pending motion to quash and/or for protective order now scheduled for hearing on August 5, 2008 before this Court.

IT IS SO AGREED AND STIPULATED:

Dated: July 31, 2008            LAW OFFICES OF RICHARD A. LOVE

                                By: _____
                                Richard A. Love
                                Attorneys for Third Party Witness
                                LISA ROBINSON


Dated: July 31, 2008            DLA PIPER US LLP

                                By: _____
                                Attorneys for Defendants and Respondents
                                REMEC, INC., RONALD E. RAGLAND,
                                WINSTON E. HICKMAN


## ORDER

The Court having reviewed the stipulation of the parties as set forth above, and good cause appearing therefore,

IT IS SO ORDERED.

Dated: _____

                                _____
                                Hon. Elizabeth D. Laporte
                                U.S. Magistrate Judge
                                United States District Court

Mtn2Quash - San Francisco - Stipulation.wpd

1  LAW OFFICES OF RICHARD A. LOVE
   RICHARD A. LOVE (#61944)
2  11601 Wilshire Boulevard, Suite 2000
   Los Angeles, California 90025
3  Telephone:    (310) 477-2070
   Facsimile:    (310) 477-3922
4  Email:        rlove@love-law.net

5
   Attorneys for Third Party Witness
6  LISA ROBINSON

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  IN RE:                              )    CASE NO.  CV 08 80 124 MISC. EDL
                                        )
12  REMEC INCORPORATED                  )    [04 CV 1948 JLS (AJB)
    SECURITIES LITIGATION               )     Southern District of California]
13                                      )
    _____)
14                                      )
    This Document Relates to:           )
15                                      )    PROOF OF SERVICE
                    ALL ACTIONS         )
16                                      )
                                        )
17  _____ )

18

19

20

21

22

23

24

25

26

27

28

---

1

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Law Offices of Richard A. Love, 11601 Wilshire Boulevard, Suite 2000, Los Angeles, California 90025-1756. On July 31, 2008 I served the within documents:

**[PROPOSED] STIPULATION BY THE PARTIES IN CONJUNCTION WITH THIRD PARTY WITNESS LISA ROBINSON'S MOTION TO QUASH AND/OR FOR PROTECTIVE ORDER**
.

[ ]  By transmitting via email the document(s) listed above to the email addresses, as indicated below, on this date before 5:00 p.m.

[ ]  By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Los Angeles, California addressed as set forth below.

[ ]  By placing the document(s) listed above in a sealed envelope with postage thereon, fully prepaid, and deposited with Federal Express overnight mail at Los Angeles, California, addressed as set forth below.

[ ]  By personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

[X]  By transmitting via e-filing the document(s) listed above to the Case Management/Electronic Case filing system.

I declare that I am employed in the office of a member of th Bar of or permitted to practice before this Court at whose direction the service was made.

Executed on July 31, 2008 at Los Angeles, California.

/s/   Richard A. Love
Richard A. Love
Attorney for Third Party Witness
LISA ROBINSON
E-Mail: rlove@love-law.net

Mtn2Quash - San Francisco - POS8.wpd