ROBERT W. BROWNLIE (Bar No. 138793)
robert.brownlie@dlapiper.com
GERARD A. TRIPPITELLI (Bar. No. 235788)
jerry.trippitelli@dlapiper.com
NOAH A. KATSELL (Bar No. 217090)
noah.katsell@dlapiper.com
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, CA  92101-4297
Tel:  619.699.2700
Fax: 619.699.2701

Attorneys for Defendants
REMEC, INC., RONALD E. RAGLAND,
WINSTON E. HICKMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:<br><br>REMEC INCORPORATED SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | CASE NO.  CV 08 80 124 MISC. (EDL)<br><br>[04 CV 1948 JLS (AJB)<br>Southern District of California]<br><br>**DECLARATION OF NOAH A. KATSELL IN SUPPORT OF STIPULATION BY THE PARTIES IN CONJUNCTION WITH THIRD PARTY WITNESS LISA ROBINSON'S MOTION TO QUASH AND/OR FOR PROTECTIVE ORDER**<br><br>Judge:     Hon. Elizabeth D. Laporte<br>Crtrm:     E<br>Date:      August 5, 2008<br>Time:      9:00 a.m. |

1. I am an attorney at law duly licensed to practice before the courts of the State of California, and I am an attorney with the law firm of DLA Piper US LLP, attorneys of record for Defendants REMEC, Inc., Ronald E. Ragland, and Winston E. Hickman (collectively, "REMEC") pending in the U.S. District Court for the Southern District of California in the above-

/////

-1-
WEST\21482388.1        KATSELL DECL. ISO STIP. RE MOTION TO QUASH — CV 08 80 124 MISC. (EDL)

captioned action. I have personal knowledge of the matters set forth in this Declaration. If called as a witness, I could and would competently testify to these matters.

2. REMEC issued three subpoenas out of the Northern District of California for records pertaining to witness Lisa Robinson, including: (i) May 29, 2008 subpoena issued to Tosco with an initial production date of June 12, 2008; (ii) May 29, 2008 subpoena issued to Peregrine Systems/Hewlett-Packard with an initial production date of June 12, 2008; and (iii) June 3, 2008 subpoena issued to Sorrento Networks c/o Zhone Technologies, Inc with an initial production date of June 19, 2008 (collectively the "Northern District Subpoenas").

3. On June 11, 2008, I received an email from counsel for Sorrento Networks c/o Zhone Technologies, Inc. transmitting a single document.

4. On June 12, 2008, I received via overnight mail documents in response to the subpoena to Tosco from ConocoPhillip (which apparently acquired Sorrento Networks).

5. I did not receive any documents from Peregrine Systems/Hewlett-Packard.

6. All records received under the Northern District Subpoenas by counsel for REMEC identified above will be turned over to witness Robinson's counsel forthwith.

7. No copies of records received under the Northern District Subpoenas have been retained, reviewed, or utilized in any manner by the REMEC or their counsel.

8. Each entity subpoenaed by REMEC under the Northern District Subpoenas has been notified that the subpoena served upon it has been withdrawn.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 1st day of August, 2008 in San Diego, California.

 s/ Noah A. Katsell
NOAH A. KATSELL
Attorneys for Defendants
REMEC, INC., RONALD E. RAGLAND,
WINSTON E. HICKMAN
E-mail: noah.katsell@dlapiper.com

DLA PIPER US LLP
SAN DIEGO

WEST\21482388.1

-2-
KATSELL DECL. ISO STIP. RE MOTION TO QUASH — CV 08 80 124 MISC. (EDL)