```
LAW OFFICES OF RICHARD A. LOVE
RICHARD A. LOVE (#61944)
11601 Wilshire Boulevard, Suite 2000
Los Angeles, California 90025
Telephone:   (310) 477-2070
Facsimile:   (310) 477-3922
Email:       rlove@love-law.net
```

Attorneys for Third Party Witness
LISA ROBINSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:<br><br>REMEC INCORPORATED<br>SECURITIES LITIGATION<br><br>_____<br><br>This Document Relates to:<br><br>    ALL ACTIONS<br><br><br><br>_____ | CASE NO. CV 08 80 124 MISC. (EDL)<br><br>[04 CV 1948 JLS (AJB)<br> Southern District of California]<br><br>[~~PROPOSED~~]<br><br>STIPULATION BY THE PARTIES IN CONJUNCTION WITH THIRD PARTY WITNESS LISA ROBINSON'S MOTION TO QUASH AND/OR FOR PROTECTIVE ORDER<br>.<br><br>Date:    August 5, 2008<br>Time:    9:00 a.m.<br>Judge:   Hon. Elizabeth D. Laporte<br>Crtrm:   E |

    Independent third-party witness and moving party Lisa Robinson ("witness Robinson"), and defendants and responding parties Remec, Inc., Ronald E. Ragland, and Winston E. Hickman (collectively the "Remec defendants"), by and through their respective counsel, hereby stipulate and represent to the Court as follows:

1.  On July 25, 2008 United States Magistrate Judge, the Hon. Anthony J. Battaglia issued an order, filed on July 28, 2008, which granted witness Robinson's motion to quash subpoenas, and for the issuance of a protective order, in the *In re Remec Incorporated Securities Litigation*, United States District Court, Southern District of California, Case No 04 CV 1948 JLS (AJB) (the "Remec litigation") with respect to the "Southern District Subpoenas" referenced in the pending motion by witness Robinson.

2.  Based upon the ruling on witness Robinson's motion to quash in the Remec litigation, and to avoid the necessity and cost of further proceedings, the parties agree and stipulate to the following resolution of the pending motion to quash subpoenas by witness Robinson.

3.  The Remec Defendants hereby withdraw the subpoenas issued out of this Court for records pertaining to witness Robinson, and specifically withdraw: (i) the May 29, 2008 subpoenas issued to Tosco and Peregrine Systems/Hewlett-Packard, each with an initial production date of June 12, 2008; (ii) the June 3, 2008 subpoena issued to Sorrento Networks c/o Zhone Technologies, Inc with a June 19, 2008 initial production date (collectively the "Northern District Subpoenas");

4.  The Remec defendants shall deliver to counsel for witness Robinson forthwith any and all documents received previously, or received after this stipulation, pursuant to the Northern District Subpoenas, together with a declaration under penalty of perjury by responsible counsel for the Remec Defendants, to be filed with this Court, that:

   a.  Each entity subpoenaed under the Northern District Subpoenas has been notified that the subpoena served upon it has been withdrawn;

   b.  All records received under the Northern District Subpoenas by counsel for Remec Defendants have been identified in the declaration, and turned over to witness Robinson's counsel;

   c.  No copies of records received under the Northern District Subpoenas have been retained, reviewed, or utilized in any manner by the Remec Defendants or their counsel.

have been retained, reviewed, or utilized in any manner by the REMEC Defendants or their counsel.

5. Based upon the foregoing, witness Robinson hereby withdraws the pending motion to quash and/or for protective order now scheduled for hearing on August 5, 2008 before this Court.

IT IS SO AGREED AND STIPULATED:

Dated: July 31, 2008

LAW OFFICES OF RICHARD A. LOVE

By: _____
Richard A. Love
Attorneys for Third Party Witness
LISA ROBINSON

Dated: July 31, 2008

DLA PIPER US LLP

By: _____
Attorneys for Defendants and Respondents
REMEC, INC., RONALD E. RAGLAND,
WINSTON E. HICKMAN

ORDER

The Court having reviewed the stipulation of the parties as set forth above, and good cause appearing therefore,

IT IS SO ORDERED.

Dated: August 4, 2008

_____
Hon. Elizabeth D. Laporte
U.S. Magistrate Judge
United States District Court

Mtn2Quash - San Francisco - Stipulation.wpd